393 P.2d 27

**Charles BUMGUARDNER, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, SANTA FE COUNTY, New Mexico, Respondent.**

**No. 89 HC.**

Supreme Court of New Mexico.

June 10, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

393 P.2d 27

**Joseph A. MILLER, Petitioner,**

v.

**George A. GRAHAM, Jr., Respondent.**

**No. 87 HC.**

Supreme Court of New Mexico.

June 10, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

393 P.2d 27

**Floyd Denton WARD, Petitioner,**

v.

**The NINTH JUDICIAL DISTRICT COURT, CURRY COUNTY, New Mexico, Respondent.**

**No. 88 HC.**

Supreme Court of New Mexico.

June 10, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.